UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGINALD JEROME SMITH,
    Petitioner,

vs.                                          Case No.: 3:19cv3782/LAC/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on February 4, 2021 (ECF No. 21). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 21) is adopted and incorporated by reference in this order.

Page 2 of 2

2. Respondent's motion to dismiss (ECF No. 17) is **GRANTED**; and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED with prejudice as untimely**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of February, 2021.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**